FILED EW

JUN 09 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 306 |
| vs. | ) | |
| | ) | Violation: Title 18, United |
| | ) | States Code, Section 1591(a) |
| BENJAMIN BIANCOFIORI, a/k/a "Beanz" | ) | and (b)(1) |

JUDGE LEINENWEBER
MAGISTRATE JUDGE GILBERT

COUNT ONE

The SPECIAL AUGUST 2015 GRAND JURY charges:

Beginning in or about 2007, and continuing until in or about August 2012, in the Northern District of Illinois, Eastern Division, and elsewhere,

BENJAMIN BIANCOFIORI, a/k/a "Beanz,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual A, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual A, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Individual A to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

COUNT TWO

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning no later than September 2015, and continuing until at least November 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

BENJAMIN BIANCOFIORI, a/k/a "Beanz,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual B, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual B, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual B to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

COUNT THREE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning in or about September 2015, and continuing until in or about May 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

BENJAMIN BIANCOFIORI, a/k/a "Beanz,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual C, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual C, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Individual C to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

COUNT FOUR

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning in or about November 2015, and continuing until in or about February 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

BENJAMIN BIANCOFIORI, a/k/a "Beanz,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual D, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual D, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Individual D to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

COUNT FIVE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning in or about January 2016, and continuing until in or about March 2016, in the Northern District of Illinois, Eastern Division, and elsewhere,

BENJAMIN BIANCOFIORI, a/k/a "Beanz,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual E, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual E, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Individual E to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

A TRUE BILL:

__________________________

FOREPERSON

____________________________________

UNITED STATES ATTORNEY